**Affirmed and Majority and Dissenting Opinions filed April 11, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00781-CV

## PAULA FORSHEE; PMF SOULTIONS, LLC; AND CATALYST SOULTIONS, LLC, Appellants

### V.

## CYNTHIA R. LEVIN MOULTON; CYNTHIA R. LEVIN MOULTON, P.C. AND MOULTON, WILSON, AND ARNEY, L.L.P., Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-09390-A**

## DISSENTING OPINION

The majority's opinion does not adequately address every issue raised and necessary to final disposition of the appeal. *See* Tex. R. App. P. 47.1.

I dissent.

/s/     Charles A. Spain
           Justice

Panel consists of Justices Jewell, Spain, and Wilson (Jewell, J., majority).